UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | CASE NO. 5:11-cv-06168 RMW |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MINH TU NGUYEN, | |
| Defendant. | |

### JUDGMENT

On December 13, 2012, this court issued its order granting in parting plaintiff's motion to amend judgment. Therefore, it is hereby ordered that plaintiff Joe Hands, Inc., is entitled to judgment against defendant Minh Tu Nguyen in the amount of $8,400.

DATED: December 13, 2012

_____
Ronald M. Whyte
United States District Judge

JUDGMENT
CASE NO. C-11-06168-RMW
SW

- 1 -